No. 86–1807.   LEOGRANDE ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–1810.   DUNGEY *v.* USX CORP.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 86–1812.   HRIBAR *v.* TRW, INC.   C. A. 6th Cir.   Certiorari denied.

No. 86–1816.   YOUNG *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86–1817.   KONDRAT *v.* O'NEILL ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–1822.   THOMPSON *v.* MONSANTO CORP.   C. A. 5th Cir. Certiorari denied.

No. 86–1825.   BRAWER *v.* OPTIONS CLEARING CORP. ET AL. C. A. 2d Cir.   Certiorari denied.

No. 86–1829.   ATLANTIC RICHFIELD CO. *v.* INDEPENDENT U. S. TANKER OWNERS COMMITTEE ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 86–1830.   SPECK *v.* McQUIDDY PRINTING CO., INC.   C. A. 6th Cir.   Certiorari denied.

No. 86–1833.   WATTS *v.* GENERAL TELEPHONE COMPANY OF THE SOUTHEAST.   C. A. 11th Cir.   Certiorari denied.

No. 86–1834.   BROWN *v.* ALABAMA DEPARTMENT OF PENSIONS AND SECURITY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–1837.   BAUMANN-FURRIE & CO. *v.* COMMODITY CREDIT CORPORATION, UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–1838.   PALERMO *v.* ROREX ET AL.   C. A. 5th Cir. Certiorari denied.

No. 86–1839.   BERRY ESTATES, INC. *v.* REGAN, COMPTROLLER OF THE STATE OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.